598

STATE OF MONTANA ex rel. SUMATRA OIL CORPORA-
TION, Applicant, v. The DISTRICT COURT of the Ninth
Judicial District of The STATE OF MONTANA, in and
for The COUNTY OF TOOLE, and the HONORABLE R.
D. McPHILLIPS, Judge thereof, Respondents.

No. 10944.
Decided April 14, 1965.
401 P.2d 288.

PER CURIAM:

On the 14th day of April, 1965, being the return day of the
Order to Show Cause issued on April 6, 1965, there personally
appeared before the Court, R. G. Anderson, Esq., of the firm
of Aronow & DeGrandpre, attorneys for the applicant, Sumatra
Oil Corporation; Franklin S. Longan, Esq., of the firm of
Longan & Holmstrom, attorneys for the respondent Court and
Honorable R. D. McPhillips, Judge thereof; Selden S. Frisbee,
Esq., of the firm of Frisbee & Moore, attorneys for Ralph E.
Fair, the court authorized lessee.

Thereupon R. G. Anderson, Esq., moved the court to dismiss
its Order to Show Cause and further moved to dismiss this
original proceeding for the reason that all matters in connec-
tion therewith had been resolved and fully settled by agree-
ment of all parties. The motions were concurred in by Messrs.
Longan and Frisbee.

Now therefore, the Court being full advised in the premises,
and in pursuance of the motions and stipulations of counsel;

It is ordered that the Order to Show Cause dated April 6,
1965, returnable April 14, 1965, be, and it hereby is, dismissed
and vacated.

It is further ordered that this original proceeding be, and it
hereby is, dismissed.